## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**JASON RYAN SANFORD #12944-078,**
**Plaintiff**

**DOCKET NO. 1:21-CV-01285; SEC P**

**VERSUS**

**JUDGE DAVID C. JOSEPH**

**FEDERAL BUREAU OF PRISONS,**
**Defendant**

**MAGISTRATE JUDGE PEREZ-MONTES**

## J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 17], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS under 28 U.S.C. § 2241, [Doc. 1], is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 15th day of March 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE